1
2
3
4 **UNITED STATES DISTRICT COURT**
5 **DISTRICT OF NEVADA**
6
7 VONDA JACKSON,                                    Case No. 2:22-cv-00963-NJK
8         Plaintiff(s),                              **ORDER**
9 v.                                                 [Docket No. 1]
10 KILOLO KIJAKAZI,
11         Defendant(s).

12        Pending before the Court is Plaintiff's application to proceed *in forma pauperis*.  Docket
13 No. 1.  The application is not signed and is largely blank.  Accordingly, the application to proceed
14 *in forma pauperis* is **DENIED** without prejudice.  Plaintiff must either file a <u>completed</u> application
15 to proceed *in forma pauperis* or pay the filing fee by <u>July 13, 2022</u>.

16        IT IS SO ORDERED.

17        Dated: June 22, 2022

18                                                   _____
19                                                   Nancy J. Koppe
                                                     United States Magistrate Judge
20
21
22
23
24
25
26
27
28

1