# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VONDA JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>  Defendant. | Case No. 2:22-cv-00963-KJD-NJK<br><br>**ORDER** |

On June 17, 2022, Plaintiff filed an application to proceed *in forma pauperis* and a complaint to attempt to initiate this action. Docket No. 1. On June 22, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice and ordered Plaintiff to either pay the full filing fee or file a completed application to proceed *in forma pauperis*, no later than July 13, 2022. Docket No. 4. Plaintiff has yet to comply with the Court's order. *See* Docket. The Court will grant Plaintiff one final opportunity to comply with the Court's order. Plaintiff must either file a complete application to proceed *in forma pauperis* or pay the filing fee no later than **August 18, 2022.** Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: July 19, 2022

                                                                                          _____
                                                                                          Nancy J. Koppe
                                                                                          United States Magistrate Judge

1