UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VONDA JACKSON, on behalf of V.J., | Case No. 2:22-cv-963-KJD-NJK |
| Plaintiff, | ORDER |
| v. | |
| KILOLO KIJAZAKI, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#7) of Magistrate Judge Nancy J. Koppe entered August 26, 2022, recommending that Plaintiff's action be dismissed without prejudice for failure to file an application to proceed *in forma pauperis* or to pay the filing fee. Though the time for doing so has passed, Plaintiff has failed to file an *IFP*, to pay the filing fee, or to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#7) of the United States Magistrate Judge entered August 26, 2022, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#7) entered August 26, 2022, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED without prejudice.**

DATED this 7th day of October 2022.

_____
The Honorable Kent J. Dawson
United States District Judge